IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE FARM FIRE AND CASUALTY COMPANY,** : | | |
| *Plaintiff,* : | **CIVIL ACTION** | |
| : | | |
| v. : | **NO. 23-00869** | |
| : | | |
| **BONNIE-GAIL DOUGHERTY and EDWARD DOUGHERTY III,** : | | |
| *Defendants.* : | | |

## ORDER

**AND NOW**, this **18th** day of **April 2023**, upon consideration of Non-Parties Jason and Lauren Eisenharts' Motion to Intervene as Interested Parties, or Alternatively for Joinder (ECF No. 8) and Plaintiff's Opposition (ECF No. 9), it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum, Jason and Lauren Eisenharts' Motion (ECF No. 8) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**